UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GILFREDO DEJARDENS,

    Plaintiff,

v.                            Case No: 8:25-cv-1799-WFJ-LSG

EXPERIAN INFORMATION
SOLUTIONS, INC. and TRANS UNION
LLC,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Dkt. 24)** that the above-styled action has been settled as to Experian Information Solutions, Inc. only. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Experian Information Solutions, Inc., and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Experian Information Solutions, Inc.

**DONE** and **ORDERED** in Tampa, Florida on October 21, 2025.

                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record